# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Roby, Karen W. | Eastern District- Louisiana | 05/15/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge- Full-time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

500 Poydras Street, B437
New Orleans, La 70130

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | Federal Magistrate Judges Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Self- Employed Attorney |
| 2. | 2012 | Clerk of Court, Orleans Parish |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Louisiana State Bar Association | 06/03/2012-06/05/2012 | Sandestin, Florida | Speaking | Meals, Hotel and Transportation |
| 2. | Louisiana Nuts & Bolts | 06/06/2012-06/07/2012 | Sandestin, Florida | Speaking | Meals, Hotel and Transportation |
| 3. | Lawyers Without Borders | 08/10/2012-08/19/2012 | Nairobi, Kenya | Teaching Faculty | Meals, Hotel and Transporation |
| 4. | Just the Beginning Foundation | 09/20/2012-09/23/2012 | Chicago, IL | Judicial Conference | Meals, Hotel and Transportation |
| 5. | ABA Fall Leadership Mtg | 09/27/2012-09/29/2012 | St. Louis, MO | Leadership Training | Meals, Hotel and Transportation |
| 6. | Nat'l Assoc. of Bankruptcy Judges | 10/24/2012-10/27/2012 | San Diego, CA | Invited Guest | Meals, Hotel and Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Roby, Karen W. | 05/15/2013 |

| 7. | NYIPLA Int"l Assoc. of Judges | 11/11/2012-11/15/2012 | Washington, D.C. | Invited Guest | Meals, Hotel and Transportation |
|---|---|---|---|---|---|
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roby, Karen W. | 05/15/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Entergy | Sugar Bowl-Allstate BCS National Championship | $700.00 |
| 2. | Francis Financial Investments | Essence Music Festival Tickets | $612.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roby, Karen W. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mutual Fund-Global Gold American Century | A | Dividend | J | T | | | | | |
| 2. Liberty Bank & Trust | A | Interest | J | T | | | | | |
| 3. Vanguard Inflation Protected Securities | B | Dividend | J | T | | | | | |
| 4. Louisiana Start529 Plan-Principle Protection Plan | A | Dividend | K | T | | | | | |
| 5. Louisiana Start 529 Plan Principle Protection Plan | A | Dividend | J | T | | | | | |
| 6. Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 7. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 8. Exxon Mobil Corp | A | Dividend | J | T | | | | | |
| 9. IngDirect, Money Market (new name RBB Money Market) | B | Dividend | J | T | | | | | |
| 10. Loomis Salyes Global Bond Retail | A | Dividend | K | T | | | | | |
| 11. Fairholme Fund | A | Dividend | J | T | | | | | |
| 12. Street Tracks Gold correct name (SPDR TrustGold) | A | Dividend | J | T | | | | | |
| 13. Suncor Energy | A | Dividend | J | T | | | | | |
| 14. ( Spider) SPDR Gold Trust ETF | A | Dividend | J | T | | | | | |
| 15. (Spider) SPDR Gold Trust ETF | A | Dividend | K | T | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roby, Karen W. | 05/15/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII Investments and Trust Line 9 name changed from IngDirect Money Market to RBB Money Market

Section VII Investments and Trusts Line 14, the name Street Tracks Gold is actually the SPDR (Spider) Trust Gold. I used the incorrect fund name on the previous year report.

Section VII Investments and Trusts Line 14 of 2011 report, Petro Chemical was sold in 2009 but inadvertently left on the report. The funds were deposited into the RBB market account

Section VII Investments and Trust Line 7 for the 2011 report listed JP Morgan Chase & Co which was sold on 3/31/2010 and I inadvertently left on the list of investments. The funds were deposited into the RBB market account.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Karen W. Roby**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544